IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| SAMSON ALDACO, | ) | 8:09CV177 |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion to Reassign Case. (Filing No. 15.) On August 17, 2009, United States District Judge Laurie Smith Camp entered an order denying Petitioner's second Motion for Recusal (filing no. 16) and granting Respondent's Objection to Motion for Recusal (filing no. 19), finding that Petitioner's allegations were legally insufficient to require her disqualification under either 28 U.S.C. § 144 or 28 U.S.C. § 455. (Filing No. 24.) This court agrees. Accordingly, for the reasons set forth in Judge Smith Camp's August 17, 2009, Memorandum and Order (filing no. 24), Petitioner's Motion to Reassign Case is denied.

IT IS THEREFORE ORDERED that: Petitioner's Motion to Reassign Case (filing no. 15) is denied.

January 6, 2010.                BY THE COURT:


                                s/ Joseph F. Bataillon
                                Chief United States District Judge