**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **SAMSON ALDACO,** | ) | **CASE NO. 8:09CV177** |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **ROBERT HOUSTON,** | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Amended Motion to Extend. (Filing No. 37.) In his Motion, Petitioner asks for an extension of time in which to file a notice of appeal and application for certificate of appealability. (*Id*.) However, the court previously granted Petitioner's original Motion to Extend on April 15, 2010. (Filing Nos. 35 and 36.) In accordance with the court's April 15, 2010, Text Order, Petitioner's notice of appeal remains due on May 25, 2010. (Filing No. 36.)

IT IS THEREFORE ORDERED that Petitioner's Amended Motion to Extend (Filing No. 37) is denied as moot.

DATED this 4th day of May, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.